Tucker v. Warner et al., 201 Ill. App. 141.

for the plaintiff was clearly and manifestly contrary to the weight of the evidence.

2.   TRIAL, § 204*—*when refusal to direct verdict is error.* In an action of assumpsit, covering several items, the refusal of the trial court to direct, at the defendant's request, a verdict against him on a certain item for which the evidence showed him liable, *held* error.

## D. M. Tucker, Appellee, v. Charles Warner and Elizabeth Warner, Appellants.

### (Not to be reported in full.)

Appeal from the County Court of Champaign county; the Hon. ROY C. FREEMAN, Judge, presiding.   Heard in this court at the October term, 1915.   Affirmed.   Opinion filed April 21, 1916.

### Statement of the Case.

Assumpsit by D. M. Tucker, plaintiff, against Charles Warner and Elizabeth Warner, defendants, for wages.   From a judgment for plaintiff, defendants appeal.

HENRY L. JONES, for appellants.

C. R. IUNGERICH and LYNN S. CORBLY, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 84*—*when evidence sufficient to support verdict in action for services.* In an action for labor performed by the plaintiff on the defendants' farm, evidence, which was conflicting on the question as to what were the terms of the contract, *held* sufficient to support a verdict for the plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.